U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 OCT -1 PM 1:53

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:19-cr-137- 1-2-6 |
| ) | |
| JUSTIN BLAKE, aka "Johnny," ) | |
| MICHAEL GRAHAM, aka "Miz," ) | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ) | |
| ALISHA BROMFIELD, ) | |
| Defendants. ) | |

2020 OCT -7 AM 11:53
BY DEPUTY CLERK
CLERK
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One

Between in or about August 2019 and on or about September 20, 2019, in the District of Vermont and elsewhere, defendants JUSTIN BLAKE, aka "Johnny," MICHAEL GRAHAM, aka "Miz," ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Julie Bundy, and others, known and unknown to the grand jury, knowingly and willfully conspired to possess with intent to distribute, manufacture, and distribute heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance.

With respect to defendants BLAKE and GRAHAM, their conduct as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide (commonly known as fentanyl) and 28 grams or more of a mixture and substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), 841(b)(1)(C), & 846)

1

## Count Two

On or about August 9, 2019, in the District of Vermont, defendant JUSTIN BLAKE, aka "Johnny," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Three

On or about August 12, 2019, in the District of Vermont, defendant JUSTIN BLAKE, aka "Johnny," and Brittany Leclair, knowingly and intentionally distributed heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C) & 18 U.S.C. § 2)

## Count Four

On or about August 21, 2019, in the District of Vermont, defendant JUSTIN BLAKE, aka "Johnny," and Julie Bundy, knowingly and intentionally distributed heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C) & 18 U.S.C. § 2)

## Count Five

On or about September 4, 2019, in the District of Vermont, defendants JUSTIN BLAKE, aka "Johnny," and MICHAEL GRAHAM, aka "Miz," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C) & 18 U.S.C. § 2)

## Count Six

On or about September 18, 2019, in the District of Vermont, defendants JUSTIN BLAKE, aka "Johnny," and MICHAEL GRAHAM, aka "Miz," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C) & 18 U.S.C. § 2)

Count Seven

On or about September 20, 2019, in the District of Vermont, defendants JUSTIN BLAKE, aka "Johnny," MICHAEL GRAHAM, aka "Miz," and ▊▊▊▊ ▊▊▊▊ knowingly and intentionally possessed with the intent to distribute heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C) & 18 U.S.C. § 2)

## Count Eight

Between in or about August 2019 and on or about September 20, 2019, in the District of Vermont, the defendant ALISHA BROMFIELD, unlawfully and knowingly managed and controlled 79 ½ Archibald Street, Burlington, Vermont, as tenant and occupant, and knowingly and intentionally made available for use this apartment for the purpose of unlawfully manufacturing, distributing, storing, and using heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. § 856(a)(2))

## Count Nine



(21 U.S.C. § 856(a)(2))

A TRUE BILL

_____
FOREPERSON

Christina E. Nolan (JAO)
United States Attorney
Burlington, Vermont
October 1, 2020

9