U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 OCT -8 PM 2: 10

CLERK
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## District of Vermont

| | |
|---|---|
| United States of America<br>v.<br>ALISHA BROMFIELD<br><br>_____<br>*Defendant* | )<br>)  Case No. 5:19-cr-137-6<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Alisha Bromfield  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Between August 2019 and September 20, 2019 Alisha Bromfield knowingly managed 79 1/2 Archibald Street in Burlington, Vermont and knowingly made the property available for manufacturing, distributing, storing, and using both Schedule I and Schedule II controlled substances in violation of 21 U.S.C. § 856(a)(2).

Date:  10/01/2020

_Lisa Wright_
*Issuing officer's signature*

City and state:  Burlington, Vermont

Lisa Wright, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/3/2020 , and the person was arrested on *(date)* 10/7/2020
at *(city and state)* Burlington, VT .

Date:  10/7/2020

_signature_ on behalf of BPD
*Arresting officer's signature*

Kevin McGinty / DUSM
*Printed name and title*