UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2021 MAY 10 AM 11: 36

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 5:19-cr-137-6 |
| ) | |
| ALISHA BROMFIELD, ) | |
| Defendant. ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about September 20, 2019, in the District of Vermont, the defendant ALISHA BROMFIELD, knowingly and intentionally possessed cocaine base, a Schedule II controlled substance.

(21 U.S.C. § 844(a))

*Jonathan A. Ophardt / KGA*

Jonathan A. Ophardt (KGA)
Acting United States Attorney
Burlington, Vermont
May 10, 2021

1